**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:18-CV-00174-M-BP |
| § | |
| **LARRY CECIL CABELKA,** *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that the "Amended Special Appearance by Jacqueline Kay Latimer Motion to Dismiss" (ECF No. 11) and "Amended Special Appearance by Larry Cabelka Motion to Dismiss by Estoppel" (ECF No. 12) are **DENIED**.

**SO ORDERED** this 12th day of September, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE