# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:18-cv-00174-M-BP |
| § | |
| LARRY CECIL CABELKA, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Defendants filed objections on February 28, 2020. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that the Motion for Summary Judgment filed by the United States (ECF No. 22) is **GRANTED**, and the United States of America may foreclose its tax liens against the Property at issue located in Megargel, Archer County, Texas, as described in the Cash Deed from Schmaltz to Larson dated March 27, 2001 (ECF No. 23-7), and sell such Property at a public sale as provided by law.

**SO ORDERED** this 10th day of March, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE