IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:18-cv-00174-O-BP |
| | § | |
| LARRY CECIL CABELKA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **APPROVES** and **CONFIRMS** the proposed sale of the Adair Property to Delbert and Margaret Warren for the amount of $360,000.00 in the form included in the Joint Motion to Approve Sale of Subject Property to Delbert and Margaret Warren, for Expedited Ruling, and Supporting Brief (ECF No. 166).

**SO ORDERED** on this **24th** day of **April, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**